UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

MARIA AHUATL,

                Plaintiff,

        -against-

BEACH LAUNDRY WORLD INC., et al.,

                Defendants.

------------------------------------------------------------X

24-CV-03515 (PAE)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

      Discovery closed on December 4, 2024, and no extensions were requested. ECF No. 19. According to the Case Management Plan and Scheduling Order, if any party wished to file a motion for summary judgment, they were to file a pre-motion letter with Judge Engelmayer by December 18, 2024. Id. Neither party filed a pre-motion letter. The parties are directed to meet and confer whether either party intends to file a motion for summary judgment. If either party intends to do so, they are directed to file a pre-motion letter with Judge Engelmayer no later than January 3, 2025.

SO ORDERED.

SARAH NETBURN
United States Magistrate Judge

DATED: December 20, 2024
          New York, New York