```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/24/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

MARIA AHUATL,

                  Plaintiff,

      -against-

BEACH LAUNDRY WORLD INC., et al.,

                  Defendants.

-------------------------------------------------------------X

24-CV-03515 (SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    On April 24, 2025, the Court was notified that the court-ordered mediation resolved all issues in this action. Given that this is a Fair Labor Standards Act case, the parties are directed to submit a copy of the proposed settlement agreement for the Court's review pursuant to Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). The parties shall also include a short cover letter stating why the Court should approve the settlement pursuant to Cheeks. The proposed settlement agreement and cover letter shall be filed no later than May 8, 2025.

    The April 30, 2025 final pretrial conference and the May 5, 2025 trial are adjourned.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    April 24, 2025
                New York, New York