```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____              │
│ DATE FILED: 5/27/2025                │
└─────────────────────────────────────┘
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X
MARIA AHUATL, *individually and on*
*behalf of others similarly situated,*

                   *Plaintiff,*           Civil Action No. **24-cv-03515-SN**

      -against-

BEACH LAUNDRY WORLD INC. (D/B/A         **FORM OF JUDGMENT**
BEACH LAUNDRY WORLD), ANDY
JINHUI ZHUO, and YUE YING HE,

                  *Defendants.*
--------------------------------------------------------X

## JUDGMENT

On May 21, 2025, Plaintiff filed a notice of acceptance of offer of judgment pursuant to

Rule 68 of the Federal Rules of Civil Procedure;

NOW, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

That the Plaintiff, MARIA AHUATL, have judgment against Defendants BEACH

LAUNDRY WORLD INC. (D/B/A BEACH LAUNDRY WORLD), ANDY JINHUI ZHUO, and

YUE YING HE, jointly and severally, in the amount of Twenty-Five Thousand Dollars

($25,000.00), which is inclusive of attorneys' fees and costs.

---

**SO ORDERED.**

                              _____
                              SARAH NETBURN
                              United States Magistrate Judge

Dated:  May 27, 2025
        New York, New York